UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SEQUAN PRUDE, et al.,

                                               Plaintiffs,

            -against-

CITY OF NEW YORK, et al.,

                                              Defendants.

**ANSWER TO THIRD AMENDED COMPLAINT, WITH CROSS-CLAIM**

06 Civ. 3024 (RJS)

**JURY TRIAL DEMANDED**

------------------------------------------------------------------------ x

        Defendants City of New York, Department of Correction Commissioner Martin F. Horn, Warden Fidel Gonzalez, Warden Brian Riordan, Warden Patrick Walsh; Captains Williams, Molesan, Maysonet, Kolessar and Colon; and Correction Officers Ellis, Mercer, A. Anderson, Alston, Kasper, Cain, Hasan, Donnelly, R. Moore, Pulizzi, Correa, S. Jackson, Boroughs, Pringle, Barnes, Bradberry, Bragg, Bryant, Graves, M. Anderson, and Virge, by their attorney Michael A. Cardozo, Corporation Counsel of the City of New York, as and for their answer to the Third Amended Complaint, respectfully allege, upon information and belief, as follows:

        1.        Deny the allegations set forth in paragraph "1" of the Third Amended Complaint, except admit that plaintiffs purport to bring this action and seek relief as stated therein.

        2.        Deny the allegations set forth in paragraph "2" of the Third Amended Complaint.

        3.        Deny the allegations set forth in paragraph "3" of the Third Amended Complaint, except admit that plaintiffs purport to seek damages and other relief as stated therein.

4. Deny the allegations set forth in paragraph "4" of the Third Amended Complaint, except admit that plaintiffs purport to bring this action and invoke this Court's jurisdiction as stated therein.

5. Deny the allegations set forth in paragraph "5" of the Third Amended Complaint.

6. Deny the allegations set forth in paragraph "6" of the Third Amended Complaint, except admit that plaintiffs purport to lay venue in this District.

7. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "7" of the Third Amended Complaint.

8. Admit the allegations set forth in paragraph "8" of the Third Amended Complaint.

9. Deny the allegations set forth in paragraph "9" of the Third Amended Complaint, except admit that Martin F. Horn is the Commissioner of the Department of Correction.

10. Deny the allegations set forth in paragraph "10" of the Third Amended Complaint, except admit that Fidel Gonzalez was the Warden of the Anna M. Kross Center.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "11" of the Third Amended Complaint, except admit that the answering defendants were employees of the City of New York on or about October 5, 2005.

12. The allegations of paragraph "12" set forth conclusions of law to which no response is required herein; to the extent a response is required, deny all such allegations.

13. Deny the allegations set forth in paragraph "13" of the Third Amended Complaint, except admit that the following purported notices of claim were received by the Comptroller's Office on the dates indicated:

| | |
|---|---|
| Byron Barrieteau | December 16, 2005 |
| Robin Cruz | November 13, 2005 |
| Marvin Forrester | November 30, 2005 |
| Jason Lewis | November 10, 2005 |
| Michael Lomanico | December 13, 2005 |
| Ronald Martin | October 25, 2005 |
| Donald McLaurin | October 31, 2005 |
| Horsone Moore | January 11, 2006 |
| Born Poledore | October 31, 2005 |
| Sequan Prude | November 28, 2005 |
| Raynold Voltaire | October 31, 2005 |
| Kareem Williams | November 30, 2005 |
| Javon Wright | November 2, 2005 |

Defendants also admit that plaintiffs' claims have not been settled.

14. Deny the allegations set forth in paragraph "14" of the Third Amended Complaint, except admit that allegations of excessive force by correction officers were not covered by the Department's Inmate Grievance Resolution Program, as of October 5, 2005.

15. Admit the allegations set forth in paragraph "15" of the Third Amended Complaint.

16. Deny the allegations set forth in paragraph "16" of the Third Amended Complaint.

17. Deny the allegations set forth in paragraph "17" of the Third Amended Complaint.

18. Deny the allegations set forth in paragraph "18" of the Third Amended Complaint.

19. Deny the allegations set forth in paragraph "19" of the Third Amended Complaint.

20. Deny the allegations set forth in paragraph "20 of the Third Amended Complaint.

21. Deny the allegations set forth in paragraph "21" of the Third Amended Complaint.

22. Deny the allegations set forth in paragraph "22" of the Third Amended Complaint.

## **ANSWERING THE FIRST CAUSE OF ACTION**

23. Repeat and reallege each and every response to paragraphs "1" through "22" of the Third Amended Complaint, as though fully set forth herein.

24. Deny the allegations set forth in paragraph "24" of the Third Amended Complaint.

25. Deny the allegations set forth in paragraph "25" of the Third Amended Complaint.

26. Deny the allegations set forth in paragraph "26" of the Third Amended Complaint.

### ANSWERING THE SECOND CAUSE OF ACTION

27. Repeat and reallege each and every response to paragraphs "1" through "26" of the Third Amended Complaint, as though fully set forth herein.

28. Deny the allegations set forth in paragraph "28" of the Third Amended Complaint.

29. Deny the allegations set forth in paragraph "29" of the Third Amended Complaint.

30. Deny the allegations set forth in paragraph "30" of the Third Amended Complaint.

### ANSWERING THE THIRD CAUSE OF ACTION

31. Repeat and reallege each and every response to paragraphs "1" through "30" of the Third Amended Complaint, as though fully set forth herein.

32. Deny the allegations set forth in paragraph "32" of the Third Amended Complaint.

33. Deny the allegations set forth in paragraph "33" of the Third Amended Complaint.

34. Deny the allegations set forth in paragraph "34" of the Third Amended Complaint.

### ANSWERING THE FOURTH CAUSE OF ACTION

35. Repeat and reallege each and every response to paragraphs "1" through "34" of the Third Amended Complaint, as though fully set forth herein.

36. Deny the allegations set forth in paragraph "36" of the Third Amended Complaint.

37. Deny the allegations set forth in paragraph "37" of the Third Amended Complaint.

38. Deny the allegations set forth in paragraph "38" of the Third Amended Complaint.

### ANSWERING THE FIFTH CAUSE OF ACTION

39. Repeat and reallege each and every response to paragraphs "1" through "38" of the Third Amended Complaint, as though fully set forth herein.

40. Deny the allegations set forth in paragraph "40" of the Third Amended Complaint.

41. Deny the allegations set forth in paragraph "41" of the Third Amended Complaint.

### ANSWERING THE SIXTH CAUSE OF ACTION

42. Repeat and reallege each and every response to paragraphs "1" through "41" of the Third Amended Complaint, as though fully set forth herein.

43. Deny the allegations set forth in paragraph "43" of the Third Amended Complaint.

44. Deny the allegations set forth in paragraph "44" of the Third Amended Complaint.

45. Deny the allegations set forth in paragraph "45" of the Third Amended Complaint.

46. Deny the allegations set forth in paragraph "46" of the Third Amended Complaint.

## ANSWERING THE SEVENTH CAUSE OF ACTION

47. Repeat and reallege each and every response to paragraphs "1" through "46" of the Third Amended Complaint, as though fully set forth herein.

48. Deny the allegations set forth in paragraph "48" of the Third Amended Complaint.

49. Deny the allegations set forth in paragraph "49" of the Third Amended Complaint.

50. Deny the allegations set forth in paragraph "50" of the Third Amended Complaint.

## ANSWERING THE EIGHTH CAUSE OF ACTION

51. Repeat and reallege each and every response to paragraphs "1" through "50" of the Third Amended Complaint, as though fully set forth herein.

52. Deny the allegations set forth in paragraph "52" of the Third Amended Complaint.

53. Deny the allegations set forth in paragraph "53" of the Third Amended Complaint.

54. Deny the allegations set forth in paragraph "54" of the Third Amended Complaint.

55. Deny the allegations set forth in paragraph "55" of the Third Amended Complaint.

56. Deny the allegations set forth in paragraph "56" of the Third Amended Complaint.

57. Deny the allegations set forth in paragraph "57" of the Third Amended Complaint.

58. Deny the allegations set forth in paragraph "58" of the Third Amended Complaint.

## FIRST AFFIRMATIVE DEFENSE

59. The Third Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

60. The answering defendants have not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor has defendant violated any act of Congress providing for the protection of civil rights.

## THIRD AFFIRMATIVE DEFENSE

61. At all times relevant to the acts alleged in the complaint, the duties and functions of the municipal defendants' officials entailed the reasonable exercise of proper and lawful discretion.  Therefore, defendant City of New York has governmental immunity from liability.

## FOURTH AFFIRMATIVE DEFENSE

62. Any injury alleged to have been sustained resulted from plaintiffs' own culpable or negligent conduct and was not the proximate result of any act of the defendant.

## FIFTH AFFIRMATIVE DEFENSE

63. The answering defendants had probable cause and/or reasonable suspicion for the conduct in question.

## SIXTH AFFIRMATIVE DEFENSE

64. At all times relevant to the acts alleged in the complaint, the answering defendants acted reasonably in the proper and lawful exercise of their discretion.

## SEVENTH AFFIRMATIVE DEFENSE

65. None of the answering defendants violated any clearly established constitutional right of which a reasonable person would have known, and therefore, said defendants are protected from liability by qualified immunity.

## EIGHTH AFFIRMATIVE DEFENSE

66. Plaintiffs' claims against the City, Horn, Gonzalez, Riordan and Walsh are barred by the doctrine of collateral estoppel.

## NINTH AFFIRMATIVE DEFENSE

67. Plaintiffs' claims herein are barred in whole or in part by the applicable statutes of limitation.

## AS AND FOR A CROSS-CLAIM

68. Any injury or damages sustained by plaintiffs by reason of the matters alleged in the Third Amended Complaint were caused by or resulted from the acts or omissions of co-defendants Collins, Henderson, Zito, Guarneri, Green, Kessler, Doomes, Patterson, Skinner, Hairston, Washington, Carson, Bonet and others presently identified only as "John Does ## 1-50," jointly and severally.

69. Accordingly, the answering defendants are entitled to judgment against all other defendants assessing and fixing the degree to which such other defendants' acts or omissions contributed to any injuries or damages sustained by plaintiffs, and apportioning in accordance therewith any damage judgment awarded to plaintiffs.

**WHEREFORE,** defendants request judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:        New York, New York
                 December 22, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                           City of New York
                                        *Attorney for Defendants*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-1599

                              By:         /s/
                                          Arthur G. Larkin (AL 9059)
                                          Assistant Corporation Counsel

TO:    STOLL & GLICKMAN, LLP
          *Attorneys for Plaintiff*
          71 Nevins Street
          Brooklyn, New York 11217
          (718) 852-3710

          FRANKIE & GENTILE, P.C.
          *Attorneys for Defendant Henderson*
          1565 Franklin Street, Suite 100
          Mineola, New York 11501
          (516) 742-6590

          KOEHLER & ISAACS, LLP
          *Attorneys for Defendants Zito, Boucher and Collins*
          61 Broadway, 25th Floor
          New York, New York 10006
          (917) 551-1300