

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEQUAN PRUDE, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 06 Civ. 3024 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On December 29, 2008, the Court directed the parties to submit a joint status letter by February 13, 2009. (Doc. No. 94.) As of the date of this Order, no letter has been received. Accordingly, the parties are HEREBY ORDERED to submit, by February 27, 2009, the joint status letter called for by the Court's December 29, 2008 Order. The letter should also explain why the parties failed to meet the deadline previously set by the Court. No further extensions will be granted, and the failure to comply with this Order may result in dismissal of this action pursuant to Rule 41.

SO ORDERED.

DATED:    February 23, 2009
               New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE