UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

SEQUAN PRUDE, et al.,

                                Plaintiff,

      -against-

THE CITY OF NEW YORK, et al

                                Defendants.

-------------------------------------------------------------- x

**ORDER**

06 CIV 3024 (KMK)

      Upon the application of defendants for leave to take the deposition of plaintiff, Horsone Moore, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

      **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of the New York State Downstate Correctional Facility produce inmate Horsone Moore, Inmate No. 09-A-3016, housed at New York State Downstate Correctional Facility, located in Fishkill, New York for the taking of his deposition at New York State Downstate Correctional Facility, located in Fishkill, New York, on July 17, 2009 at 10:00 A.M., and for so long thereafter, from day to day, as the deposition continues; and (2) that inmate Horsone Moore appear in such place as designated by the Superintendent or other official in charge of New York State Downstate Correctional Facility so his deposition may be taken.

Dated: New York, New York
       July 7, 2009

                                                             Honorable Theodore H. Katz, U.S.M.J.