UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SEQUAN PRUDE, et al.,

                                  Plaintiff,

      -against-

THE CITY OF NEW YORK, et al

                                  Defendants.

------------------------------------------------------------------- x

**ORDER**

06 CIV 3024 (KMK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/8/09

Upon the application of defendants for leave to take the deposition of plaintiff, Horsone Moore, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of the Eastern New York Correctional Facility is directed to produce inmate Horsone Moore, Inmate No. 09-A-3016, housed at Eastern New York Correctional Facility, Napanoch, New York, for the taking of his deposition at Eastern New York Correctional Facility, on July 17, 2009 at 10:00 A.M., and for so long thereafter, from day to day, as the deposition continues; and (2) that inmate Horsone Moore appear in such place as designated by the Superintendent or other official in charge of Eastern New York Correctional Facility so his deposition may be taken.

Dated: New York, New York
       July 8, 2009

                                                    Honorable Theodore H. Katz, U.S.M.J.