UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09
```

SEQUAN PRUDE, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 06 Civ. 3024 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

As stated by the Court at the conference held before it on Tuesday, August 25, 2009, the Court will hold a two-week jury trial beginning on November 2, 2009. The Court hereby adopts the following pre-trial schedule:

> The parties shall submit a joint pretrial order, as set forth in my Individual Practices, Rule 3, and any motions in limine, no later than September 22, 2009.
>
> Responses, if any, to each other's motions in limine shall be submitted no later than September 29, 2009.
>
> The parties shall submit their proposed voir dire and proposed jury instructions, in single, jointly-submitted documents, no later than September 22, 2009.
>
> The Court will hold a final pre-trial conference on Friday, October 16, 2009 at 3:00 p.m. in Courtroom 21C, 500 Pearl Street, New York, New York.

The parties shall *both email* a copy of each required submission to sullivannysdchambers@nysd.uscourts.gov and *shall also mail* a physical copy of each submission to chambers.

Defendants' motion brought pursuant to Rule 42(b) of the Federal Rules of Civil Procedure to sever Plaintiffs' *Monell* claims brought against New York City from Plaintiffs' other claims brought against the individual Defendants is denied without prejudice to renew as a motion in limine.

The Clerk of the Court is instructed to terminate the motion located at docket number 137.

SO ORDERED.

DATED:   August 25, 2009
         New York, New York

                                             RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE

2