UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09
```

SEQUAN PRUDE, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 06 Civ. 3024 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By order dated August 25, 2009, the Court ordered that the parties "shall submit a joint pretrial order, as set forth in my Individual Practices, Rule 3, and any motions in limine, no later than September 22, 2009." The August 25, 2009 order further provided that the parties shall *both email* and *mail* a physical copy of these submission to chambers.

The parties have failed to abide by the terms of the Court's August 25, 2009 order, as the Court has not received the required submissions. Accordingly, the parties are ordered to provide the submissions forthwith. It is further ordered that the parties provide a joint letter, explaining their failure to abide by the terms of the Court's August 25, 2009 order.

SO ORDERED.

DATED:    September 24, 2009
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE