```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

SEQUAN PRUDE, et al.,

                                      Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                      Defendants.

------------------------------------------------------------------ x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

06-CV-3024 (RJS) (THK)

    **WHEREAS**, plaintiff Raynold Voltaire commenced this action by filing a complaint on or about April 19, 2006, which has been amended several times, the Third Amended Complaint having been filed on or about October 6, 2008, alleging that defendants violated his constitutional and common law rights; and

    **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

    **WHEREAS**, the parties now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

    1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

    2.    The City of New York hereby agrees to pay plaintiff the sum of FIFTEEN THOUSAND AND NO/00 ($15,000.00) Dollars, in full satisfaction of all claims, inclusive of claims for costs, expenses and attorney fees. In consideration for the payment of these sums, plaintiff agrees to the dismissal of all claims against defendants City of New York, and all

Case 1:06-cv-03024-RJS-THK   Document 146   Filed 12/08/2009   Page 2 of 6

individual defendants named herein, with prejudice, and to release the defendants and any present or former employees or agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendants' undersigned attorneys all documents necessary to effect this settlement, including, without limitation, a General Release and Affidavit Concerning/No Liens, in the form annexed hereto, based on the terms of paragraph 2 above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
September June 4, 2009

STOLL, GLICKMAN &
BELLINA, LLP
*Attorneys for Plaintiff*
71 Nevins Street
Brooklyn, New York 11217

By: _____
Leo Glickman, Esq. (LG 3644)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*
100 Church Street
Room 3-180
New York, New York 10007
(212) 788-1599

By: _____
Arthur G. Larkin (AL 9059)
Assistant Corporation Counsel

**SO ORDERED:**

_____
Hon. Richard J. Sullivan, U.S.D.J.

12/8/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

SEQUAN PRUDE, et al.,

                                        Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                        Defendants.

------------------------------------------------------------------- x

**AFFIDAVIT OF NO LIENS**

06-CV-3024 (RJS) (THK)

STATE OF NEW YORK    )
                                : SS.:
COUNTY OF _Oneida_ )

**RAYNOLD VOLTAIRE**, being duly sworn, deposes and says:

1. I am over 18 years of age, I am the plaintiff herein and make this affidavit in connection with settlement of this action.

2. There are no outstanding bills or liens against me or my property for obligations owed for treatment received at a New York City Health and Hospitals Corporation facility, nor for the receipt of Workers' Compensation or New York State Disability benefits, as a result of incidents underlying in this action.

3. I have never been a recipient of public assistance from the New York City Department of Social Services. There are no outstanding tax obligations and/or judgments owed by me to the City of New York.

4. My date of birth is ████████ 9-20-73. My social security number is ████████.

_Raynold Voltaire_
RAYNOLD VOLTAIRE

Sworn to before me this _4th_
day of _Aug_, 2009.

_Edna P. Hobbs_
EDNA P. HOBBS
NOTARY PUBLIC
Notary Public State of New York
Qualified in Oneida County
No. 01 HO6072188
Commission Expires 04/01/20_10_

-4-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

SEQUAN PRUDE, et al.,

                                  Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                                  Defendants.

-------------------------------------------------------------------- x

**AFFIDAVIT CONCERNING LIENS**

06-CV-3024 (RJS) (THK)

STATE OF NEW YORK    )
                              : SS.:
COUNTY OF Oneida    )

          **RAYNOLD VOLTAIRE**, being duly sworn, deposes and says:

          1.    I am over 18 years old and make this affidavit in connection with settlement of this action.

          2.    There may be outstanding bills or liens against me or my property for obligations owed for treatment received by myself at a New York City Health and Hospitals Corporation facility, or for the receipt of Workers' Compensation or New York State Disability benefits, as a result of incidents underlying in this action.

          3.    I may have outstanding tax obligations and/or judgments owed to the City of New York.

          4.    I may have received public assistance from the New York City Department of Social Services. The amount of the lien, if any, is unknown.

          5.    My date of birth is: 9-20-73. My Social Security Number is: [redacted]

_Raynold Voltaire_
RAYNOLD VOLTAIRE

Sworn to before me this
4th day of Oct, 2009.

_____
NOTARY PUBLIC
EDNA P HOBBIE
Notary Public State of New York
Qualified in Oneida County
No. 01 H06072188
Commission Expires 04/01/2010

-5-

## GENERAL RELEASE

Know that I, Raynold Voltaire, a plaintiff in the action entitled <u>Sequan Prude v. City of New York, et al.</u>, 06-CV-3024 (RJS) (THK), in consideration of the payment to me of the sum of FIFTEEN THOUSAND AND NO/00 ($15,000.00) Dollars by the City of New York, do hereby release and discharge all defendants; their successors or assigns; and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, from any and all claims which were or could have been alleged by me in the aforementioned action arising out of the events alleged in the complaint in said action, including all claims for costs, expenses and attorney's fees.

This Release may not be changed orally.

**THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

IN WITNESS WHEREOF, I have executed this Release this _4th_ day of _Aug_, 2009.

_Raynold Voltaire_
Raynold Voltaire

STATE OF NEW YORK
                                SS.:
COUNTY OF _ONEIDA_

On _Aug 4_, 2009, before me personally came Raynold Voltaire, to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

_Edna S Hobbie_
NOTARY PUBLIC

EDNA S. HOBBIE
Notary Public State of New York
Qualified in Oneida County
No. 01HO6072188
Commission Expires 04/01/20_10_